UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO.  07-083 (JR) |
| | : | MAGISTRATE NO. 06-0471 (AK) |
| v. | : | |
| | : | |
| **GEORGE A. COWSER,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorneys Tejpal S. Chawla, Bar Number 464012, telephone number (202) 353-2442, and Daniel P. Butler, Bar Number 417718, telephone number (202) 353-9431, and this is notice of their appearances in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar No. 498610

_____/ s /_____
TEJPAL S. CHAWLA
Bar No. 464012
DANIEL P. BUTLER
Bar No. 417718
ASSISTANT UNITED STATES ATTORNEYS
555 4th Street, N.W., 5TH Floor
Washington, DC 20530
(202) 353-2442 (Chawla) & (202) 353-9431 (Butler)
Tejpal.Chawla@USDOJ.Gov
Daniel.Butler@USDOJ.Gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing notice was served by ECF to counsel for the defendant, Carols J. Vanegas, Federal Public Defender, 625 Indiana Avenue, NW, Suite 550, Washington, DC 20004 on this 11th day of April, 2007.

_____/ s /_____
TEJPAL S. CHAWLA
ASSISTANT UNITED STATES ATTORNEY