# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>GEORGE ALTON COWSER<br><br>DOB:      PDID: | DOCKET NO:<br>07-083 | MAGIS. NO:<br>None |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>FILED<br>APR 11 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | |
| WARRANT ISSUED ON THE BASIS OF: Indictment Return | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Mail Fraud, Causing an Act to be Done, and First Degree Fraud

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:
18 U.S.C. § 1341, 18 U.S.C. § 2, and 22 D.C. Code §§ 3221, 3222

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: ALAN KAY<br>U.S. MAGISTRATE JUDGE | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>ALAN KAY<br>U.S. MAGISTRATE JUDGE | DATE ISSUED:<br>MAR 23 2007 |
| CLERK OF COURT:<br>NANCY MAYER-WHITTINGTON | BY DEPUTY CLERK: | DATE:<br>MAR 23 2007 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 3/23/07 | NAME AND TITLE OF ARRESTING OFFICER<br>Stephanie Rawers<br>Deputy U.S. Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 4/11/07 | | |
| HIDTA CASE: Yes   No | | OCDETF CASE: Yes   No |