UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | Crim. No. 07-83(JR) |
| v. | ) ) ) |  |
| GEORGE A. COWSER | ) ) ) |  |

**MOTION TO CONTINUE THE STATUS CONFERENCE**

Defendant, George A. Cowser, through undersigned counsel, respectfully requests that the Status Conference currently scheduled for Tuesday April 17, 2007 be continued.

As grounds for this motion, counsel for Mr. Cowser states:

1.  Mr. Cowser is before the Court charged in a seven count indictment with Mail Fraud and Felony Fraud. On April 11, 2007 Mr. Cowser appeared in Magistrate Court for his initial appearance. At the conclusion of the hearing Magistrate Judge Robinson ordered Mr. Cowser released on his personal recognizance.

2.  Mr. Cowser moves to continue the Status Conference based on his medical condition. At the beginning of this month, Mr. Cowser began receiving Dialysis treatment at the Veteran's Hospital in Washington D.C. every Tuesday and Thursday. Mr. Cowser has been diagnosed with Diabetes, hypertension, and congestive heart failure. When the arrest warrant was executed Mr. Cowser was in the hospital receiving dialysis treatment. Undersigned, has confirmed his dialysis treatment and schedule with his sister and with the medical staff of the Renal Clinic at the Veteran's Hospital.

3. Mr. Cowser is available to appear before the Court on any Monday, Wednesday or Friday.

Wherefore, Mr. Cowser respectfully requests that the Status Conference be Continue to a Monday, Wednesday, or Friday date that is convenient for the Court.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) ) | Crim. No.  07-83(JR) |
| v. | ) ) ) | |
| **GEORGE A.  COWSER** | ) ) ) | |

**ORDER**

Upon consideration of Defendant's Request to Continue the Status Conference, it is hereby

**ORDERED** that defendant's Motion is granted; and it is

**FURTHER ORDERED** that the Status Conference is continued to the _____day of

_____ 2007 at _____.

**SO ORDERED**


_____                                    _____
DATE                                          JAMES ROBERTSON
                                              UNITED STATES DISTRICT JUDGE


Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

Tejpal Singh Chawla
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530