UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) |
| v. | ) ) ) |
| GEORGE A. COWSER | ) ) ) |

Crim. No. 07-83(JR)

FILED

APR 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of Defendant's Request to Continue the Status Conference, it is hereby

**ORDERED** that defendant's Motion is granted; and it is

**FURTHER ORDERED** that the Status Conference is continued to the 18th day of April 2007 at 9:30 a.m.

**SO ORDERED**

4/16/07
DATE

James Robertson
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Tejpal Singh Chawla
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530