WARRANT FOR ARREST

CO-1 80 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>GEORGE A. COWSER | DOCKET NO  07-0083-01(JR) | MAGIS NO |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| | FILED<br>SEP 1 4 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | |

WARRANT ISSUED ON THE BASIS OF
[■] Order of Court    [ ] Information
[ ] Indictment         [ ] Complaint

DISTRICT OF ARREST

TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER

CITY

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

Violation of conditions of pretrial release.

IN VIOLATION OF:    UNITED STATES CODE TITLE & SECTION    18 U.S.C. 1346

BAIL FIXED BY COURT
Detained without bond pending a revocation hearing

OTHER CONDITIONS OF RELEASE

| ORDERED BY<br>JAMES ROBERTSON | JUDGE/MAGISTRATE JUDGE<br>U.S. DISTRICT JUDGE | DATE ISSUED<br>09/13/2007 |
|---|---|---|
| CLERK OF COURT<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE<br>09/13/2007 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

DATE RECEIVED
9-14-07

DATE EXECUTED
9-14-07

NAME AND TITLE OF ARRESTING OFFICER
Campos, Anthony
Deputy U.S. Marshal

SIGNATURE OF ARRESTING OFFICER