UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | Crim. No. 07-83(JR) |
| v. | ) ) ) |  |
| GEORGE A. COWSER | ) ) ) |  |

**MOTION TO MODIFY DEFENDANT'S
HIGH INTENSITY SUPERVISION IN PERSON REPORTING DAY**

Defendant, George A. Cowser, through undersigned counsel, respectfully requests that the Court Order that his personal reporting to the High Intensity Supervision Program be consistent with his medical treatment plan at the Veteran's Administration Hospital.

As grounds for this motion, counsel for Mr. Cowser states:

1. Mr. Cowser is before the Court pending sentencing. On September 26, 2007 Mr. Cowser entered a guilty plea to the seven count indictment charging him with Mail Fraud and Felony Fraud. The Court modify Mr. Cowser's bond, primarily based on his physical health, and released him to be supervised by High Intensity Supervision Program.

2. The terms and conditions of High Intensity Supervision Program (HISP) require that Mr. Cowser drug test, wear an ankle bracelet, report weekly in person, and that he be confined to his residence under a curfew established by the HISP staff. A problem regarding his in person reporting has arisen. Mr. Cowser's supervision officer, Mr. Anthony Gales designated Tuesday as Mr. Cowser's in person reporting day. The problem with in person reporting on Tuesday is that Mr. Cowser receives dialysis treatment on Tuesdays, Thursdays and Saturdays at the Veteran's

Administration Hospital. Mr. Cowser's treatment schedule at the VA Hospital has been previously confirmed and disclosed to the Court for the purposes of scheduling Court proceedings around his treatments.

3. Mr. Cowser provided Mr. Gales with the information regarding his treatment scheduled and asked for his in person reporting to be changed to Monday, Wednesday or Friday. Mr. Gales was unwilling to make that minor, but medically significant, modification. Undersigned counsel spoke with Mr. Gales on October 9, 2007 regarding this issue and to request a different reporting day for Mr. Cowser. Undersigned counsel informed Mr. Gales that Mr. Cowser's treatment schedule had been confirmed and that the Court had made a previous scheduling accommodation for Mr. Cowser. Notwithstanding the latter representations Mr. Gales would not change Mr. Cowser's reporting day. Instead, Mr. Gales requested that he be provided with documentation directly from the VA Hospital before making any change in Mr. Cowser's reporting schedule.

4. On Wednesday or Thursday of last week, Mr. Cowser's sister personally delivered to Mr. Gales' office medical documentation regarding Mr. Cowser's dialysis treatment schedule. Based on Mr. Gales' representations and requests to Mr. Cowser and undersigned counsel the problem should have been resolved and Mr. Cowser's reporting date changed to either Monday, Wednesday or Friday.

5. Today, Mr. Cowser informed undersigned counsel that Mr. Gales is still unwilling to modify Mr. Cowser's reporting day. Mr. Gales' position is completely unreasonable. He has not articulated why neither Monday, Wednesday or Friday is a suitable reporting date. Moreover, Mr. Gales seems unconcerned that his unyielding position could have serious medical consequences for

Mr. Cowser. Undersigned counsel is embarrassed in troubling and making this request but Mr. Gales has left Mr. Cowser with no other option.

    Wherefore, Mr. Cowser respectfully moves the Court to order the High Intensity Supervision Program to change the in person reporting day to Monday, Wednesday, or Friday.

                                    Respectfully submitted,

                                    A. J. KRAMER
                                    FEDERAL PUBLIC DEFENDER


                                  _____/s/_____
                                  Carlos J. Vanegas
                                  Assistant Federal Public Defender
                                  625 Indiana Avenue, N.W.
                                  Washington, D.C. 20004
                                  (202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 07-83(JR) |
| ) | |
| v. ) | |
| ) | |
| GEORGE A. COWSER ) | |

**ORDER**

Upon consideration of the Defendant's Motion to Modify his in person reporting day with the High Intensity Supervision Program, it is hereby

**ORDERED** that defendant's Motion is granted; and it is

**FURTHER ORDERED** that the defendant's in person reporting day will be changed to either Monday, Wednesday, or Friday.

**SO ORDERED**

_____                                  _____
DATE                                         JAMES ROBERTSON
                                             UNITED STATES DISTRICT JUDGE

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Tejpal Singh Chawla, Daniel Butler
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530

Anthony Gales, Pretrial Services Officer
PSA High Intensity Supervision Program
633 Indiana Ave. N.W. Suite 1020
Washington, D.C. 20004