UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 07-83(JR) |
| ) | |
| v. ) | |
| ) | |
| GEORGE A. COWSER ) | |

### ORDER

Upon consideration of the Defendant's Motion to Modify his in person reporting day with the High Intensity Supervision Program, it is hereby

**ORDERED** that defendant's Motion is granted; and it is

**FURTHER ORDERED** that the defendant's in person reporting day will be changed to either Monday, Wednesday, or Friday.

SO ORDERED

10/18/07
DATE

JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Tejpal Singh Chawla, Daniel Butler
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530

Anthony Gales, Pretrial Services Officer
PSA High Intensity Supervision Program
633 Indiana Ave. N.W. Suite 1020
Washington, D.C. 20004