HONORABLE JAMES ROBERTSON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-07-083-01</u> |
| vs. | : | SSN: _____ |
| COWSER, George Alton aka COWSER, Charlie Edward | : | Disclosure Date: <u>November 1, 2007</u> |

DEC 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
Prosecuting Attorney                                    Date

**For the Defendant**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____          _Cal fL_____  11/15/07
Defendant        Date                          Defense Counsel       Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>November 15, 2007</u>, to U.S. Probation Officer <u>Sherry Brandon</u>, telephone number <u>(202) 565-1327</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:  Gennine A. Hagar, Chief
     United States Probation Officer



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 07-83(JR) |
| ) | |
| v. ) | |
| ) | |
| GEORGE A. COWSER ) | |

**DEFENDANT'S OBJECTIONS AND REQUEST FOR CORRECTIONS
TO THE PRE-SENTENCE INVESTIGATION REPORT**

George Cowser, through undersigned counsel, respectfully submits the following objection and requested correction to the PSR submitted by Probation Officer Sherry Brandon.

1. Undersigned counsel objects to the Probation Officer's conclusion that Mr. Cowser does not deserve the two point adjustment for acceptance of responsibility. See PSR ¶ 53, 54. Counsel further objects to the Probation Officer's statement faulting Mr. Cowser for not explaining his guilty conduct in writing that:

> "During the presentence interview, Cowser concurred with the statements outlined in the indictment regarding his involvement in the instant offense, however he offered nothing further to explain his conduct." PSR ¶ 53

There is no requirement that Mr. Cowser has to "offer" something to "explain his conduct." On September 26, 2007 before Judge James Robertson, Mr. Cowser admitted his guilt to the allegations contained in the fourteen page and very detailed indictment.

Accordingly, Mr. Cowser's final Base Offense Level should be a 23 with a Criminal History Category I, which yields a corresponding guideline range of 46 to 57 months of incarceration.

Respectfully submitted,

A.J. Kramer
Federal Public Defender


_____/s/_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004